IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| WILLIAM T. HOBBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CASE NO. 1:15-00052 |
| vs. ) | JUDGE HAYNES/KNOWLES |
| ) | |
| ) | JURY DEMAND |
| ) | |
| CITY OF HOHENWALD, TENNESSEE,) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

This matter is before the Court upon a Motion to Dismiss Plaintiff's Complaint with prejudice filed by the pro se Defendant Kylie Barber. Docket No. 26. Plaintiff has filed a Response stating that he "does not oppose Kylie Barber's motion to dismiss . . . ." Docket No. 42.

For the foregoing reasons, the undersigned recommends that the instant Motion (Docket No. 26) be GRANTED, and that Plaintiff's claims against Defendant Kylie Barber be dismissed with prejudice.

Under Rule 72(b) of the Federal Rules of Civil Procedure, any party has fourteen (14) days after service of this Report and Recommendation in which to file any written objections to this Recommendation with the District Court. Any party opposing said objections shall have fourteen (14) days after service of any objections filed to this Report in which to file any response to said objections. Failure to file specific objections within fourteen (14) days of

service of this Report and Recommendation can constitute a waiver of further appeal of this Recommendation. *See Thomas v. Arn,* 474 U.S. 140, 106 S.Ct. 466, 88 L. Ed. 2d 435 (1985), *reh'g denied*, 474 U.S. 1111 (1986); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

_____
E. Clifton Knowles
United States Magistrate Judge