UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| WILLIAM T. HOBBS, | )<br>) |
| Plaintiff, | )<br>) |
| | ) No. 1-15-00052 |
| v. | ) Senior Judge Haynes<br>) |
| CITY OF HOHENWALD, TENNESSEE, et al., | )<br>)<br>) |
| Defendants. | )<br>) |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 46) to grant Defendant Kylie Barber's motion to dismiss (Docket Entry No. 26). Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED**, and Defendant Kylie Barber's motion to dismiss (Docket Entry No. 26) is **GRANTED**. Plaintiff's claims against this Defendant are **DISMISSED with prejudice.**

It is so **ORDERED**.

ENTERED this the ___ day of September, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge