UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| WILLIAM T. HOBBS, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1-15-00052<br>Senior Judge Haynes |
| CITY OF HOHENWALD, TENNESSEE, et al., | ) ) ) ) | |
| Defendants. | ) | |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 58) to deny Defendant Regina Hobbs's motion to dismiss (Docket Entry No. 23). Defendant has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendant Regina Hobbs's motion to dismiss (Docket Entry No. 23) is **DENIED.**

It is so **ORDERED**.

**ENTERED** this the ____ day of November, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge